UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | EDCV 24-00952-SSS (AS) | Date | September 25, 2024 |
|---|---|---|---|
| Title | *Marquice Bruce v. Twin Towers County Facility, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On August 13, 2024, the Court issued an Order dismissing the First Amended Complaint with leave to amend, setting forth the deficiencies in the First Amended Complaint and directing Plaintiff to file a Second Amended Complaint if he wished to pursue this case. (Dkt. No. 26). Plaintiff was ordered to file a Second Amended Complaint "no later than 30 days from the date of [the Court's] Order," or no later than September 14, 2024. (Id.). Plaintiff was "explicitly cautioned that failure to timely file a Second Amended Complaint, . . . may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. Id., at 13.

To date, Plaintiff has failed to file a Second Amended Complaint, seek an extension of time to do so, or otherwise communicate with the Court. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than October 25, 2024,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the August 13, 2024, Order dismissing Plaintiff's First Amended Complaint with leave to amend (Dkt. No. 26), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | EDCV 24-00952-SSS (AS) | Date | September 25, 2024 |
|---|---|---|---|
| Title | *Marquice Bruce v. Twin Towers County Facility, et. al.,* | | |

Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc:   Sunshine Suzanne Sykes
      United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | |