FILED
CLERK, U.S. DISTRICT COURT
SEP 30 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH DEPUTY

1

2  United States District Court
3  Central District of California - Eastern Division
4
5                                      5:24CV952-SSS (AS)
6  Marquice Bruce,
7       Plaintiff         Second Amended Complaint
8       v
9  Twin Towers County
10 Facility, et al.
11                   Doc: 26
12 Page 3 Plaintiff complaint reads wronge it
13 was Gonzalez who gave Leora a burrito
14 that was received from another inmate
15 that was tampered who was in a cell after
16 being given his portion who then fixed to
17 the correctional Officer liking to be served to me
18     (ii) Due to defimation of character and
19 Housing it has resulted and continues to dismiss
20 Marquice Bruce's Medical Needs
21     (iii) Relief from custody at Twin Towers
22 County Facility to hospital to get treated
23 for physical illness "STDs" caused while in
24 custody at Twin Towers County Facility
25     and $350,000,000 for Pain and Suffering
26 and Medical cost
27  : Date 9-18-2024                    Marquice Bruce

Maurice Bruce 688 5055
PATTON STATE HOSPITAL
3102 E. HIGHLAND AVENUE
PATTON, CA 92369

LOS ANGELES CA 900
27 SEP 2024 PM 4 L

Thinking

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street, Room 180
Los Angeles, California 90012

50012-333432

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 30 2024
CENTRAL DISTRICT OF CALIFORNIA

Legal Mail

