UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS BRUCE,<br><br>                Plaintiff,<br><br>   v.<br><br>TWIN TOWERS COUNTY FACILITY, et al.<br><br>                Defendants. | Case No. 5:24-cv-00952-SSS(AS)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

///

///

///

///

1  **IT IS ORDERED** that Judgment shall be entered **DISMISSING** this
2  action with prejudice.
3
4  **IT IS SO ORDERED.**
5
6  DATED: May 20, 2025

SUNSHINE S. SYKES
United States District Judge