JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS BRUCE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TWIN TOWERS COUNTY FACILITY, ET AL.,<br><br>　　　　　　　Defendants. | Case No. 5:24-cv-00952-SSS (AS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: May 20, 2025

_____
SUNSHINE S. SYKES
United States District Judge